■ In the Matter of EMERY J. SIMON, Petitioner, v CHARLES J. HANNIGAN, as New York State Pistol Licensing Officer for Niagara County, Respondent. [627 NYS2d 595] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: "A licensing officer has broad discretion in determining whether to grant, deny or revoke a pistol license (Matter of Fromson v Nelson, 178 AD2d 479; Matter of Anderson v Mogavero, 116 AD2d 885) * * * The licensing officer's determination will not be disturbed unless it is arbitrary and capricious (Matter of King v Ingraham, 113 AD2d 977; Matter of Davis v Clyne [58 AD2d 947])" (Matter of Eddy v Kirk, 195 AD2d 1009, 1010-1011, affd 83 NY2d 919). Respondent's determination revoking petitioner's pistol license did not constitute an abuse of discretion and was neither arbitrary nor capricious. (Original Proceeding Pursuant to CPLR art 78.) Present—Green, J. P., Lawton, Fallon, Callahan and Boehm, JJ.

■ KIMBERLY A. EDGAR, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 85097.) [626 NYS2d 617] —Judgment unanimously reversed on the law with costs and claim reinstated. Memorandum: The Court of Claims erred in determining that Officer Jones was a "special employee" of the Jefferson County Sheriff's Department (County) at the time of claimant's injury. The presumption that the general employer remains the sole employer can be rebutted by clear proof of surrender of control (Stone v Bigley Bros., 309 NY 132; Brooks v Chemical Leaman Tank Lines, 71 AD2d 405, 407). Defendant has failed to meet its burden of proving that it had surrendered control of Officer Jones, and furthermore there is no proof that the County exercised any control. (Appeal from Judgment of Court of Claims, Bell, J.—Negligence.) Present—Green, J. P., Lawton, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD L. SMITH, Appellant. [627 NYS2d 595] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Robbery, 1st Degree.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.